# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ALVARO JOSE HERNANDEZ JARUFFE,

    Petitioner,

v.                                                   CASE NO.  4:07cv248-RH/WCS

MICHAEL CHERTOFF, et al.,

    Respondents.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 11) and the objections thereto (document 12). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Western District of Texas, El Paso Division. The clerk shall take all

actions necessary to effect the transfer and shall close the file.

    SO ORDERED this 5th day of September, 2007.

s/Robert L. Hinkle<br>
Chief United States District Judge